No. 81–1774. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* BULLARD. C. A. 5th Cir. [Certiorari granted, 457 U. S. 1116.] Judgment vacated and case remanded for consideration of whether the Texas Constitution, as interpreted by the Court of Criminal Appeals of Texas in *Ex parte Augusta,* 639 S. W. 2d 481 (1982), offers respondent relief on grounds independent of the United States Constitution so as to render inappropriate a decision on federal constitutional grounds. *City of Mesquite* v. *Aladdin's Cas-*

*tle, Inc.*, 455 U. S. 283 (1982); *Mills* v. *Rogers*, 457 U. S. 291 (1982).